IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02982-GPG

DANE S. NEWTON,

      Applicant,

v.

MICHAEL MILLER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

ORDER DRAWING CASE

---

      After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

      ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

      DATED March 2, 2015, at Denver, Colorado.

      BY THE COURT:

      S/ Gordon P. Gallagher

      _____
      United States Magistrate Judge