IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

Civil Action No. 14-cv-02982-KMT

DANE S. NEWTON,

    Applicant,

v.

MICHAEL MILLER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## SECOND ORDER FOR STATE COURT RECORD

---

On March 23, 2015, Respondents were ordered to file with the Clerk of the Court a copy of the complete record of Applicant's state court proceedings in Douglas County District Court case number 07CR434.   Respondents have failed either to submit the requested records or to communicate with the Court why they are unable to comply with the March 23 Order for State Court Record.   Accordingly, it is

ORDERED that Respondents respond within fourteen days as to why they are not able to comply with the March 23 Order for State Court Record or, in the alternative, file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Douglas County District Court case number 07CR434, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.   It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this

order to the following:

     (1)    Clerk of the Court
            Douglas County District Court
            4000 Justice Way, Suite 2009
            Castle Rock, Colorado 80109; and

     (2)    Court Services Manager
            State Court Administrator's Office
            1300 Broadway, Suite 1200
            Denver, Colorado   80203.

DATED May 4, 2015.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge